## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AS AMERICA, | |
| Plaintiff, | Civil No. 13-5 (JBS-JS) |
| v. | |
| MASCO CORPORATION OF INDIANA d/b/a DELTA FAUCET COMPANY, | **STIPULATION OF DISMISSAL** |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff AS America, Inc. and Defendant Masco Corporation of Indiana d/b/a Delta Faucet Company hereby stipulate that all claims in this action are dismissed with prejudice, with each party to bear its own costs and attorney's fees.

s/ Victoria J. Miller
William P. Quinn, Jr.
John V. Gorman
Victoria J. Miller
MORGAN, LEWIS, & BOCKIUS LLP
1701 Market Street Philadelphia, PA
19103-2921 (215)963-5000

Christopher Iannicelli
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center Princeton, New Jersey
08540 (609) 919-6600

Darren H. Goldstein (DG9804)
FLASTER/GREENBERG P.C.
1810 Chapel Ave. West
Cherry Hill, NJ  08002
(856) 661-1900
Fax:  (856) 661-1919

*Attorneys for Plaintiff*

s/ Robert A. Assuncao
John P. Mueller
Robert A. Assuncao
ANSA ASSUNCAO LLP
Two Tower Center Blvd., Ste. 1600
East Brunswick, NJ 08816-1100
(732) 993-9860
(732) 993-9851 Fax

George D. Moustakas
Michael P. Doerr
HARNESS, DICKEY & PIERCE, P.L.C.
5445 Corporate Drive, Suite 200
Troy, MI 48098-2683
(248) 641-1600
(248) 641-0270 Fax

*Attorneys for Defendant*

So Ordered this 22nd day of May, 2014

Jerome B. Simandle, Chief U.S. District Judge